McGIBBON et al. v. UNITED STATES.

(Circuit Court, S. D. New York.  December 18, 1900.)

No. 2,544.

CUSTOMS DUTIES—TAPESTRIES.

Articles known as "tapestries," and not commercially known as "pile fabrics," though a portion thereof has a pile surface, are improperly assessed for duty as "pile fabrics," at $1.50 per pound, under Act 1894, par. 299, but are within the provisions of paragraph 302 of said act.

Appeal by the Importers from a Decision of the Board of United States General Appraisers.

Everit Brown, for importers.

Charles D. Baker, Asst. U. S. Atty., for the United States.

TOWNSEND, District Judge.  The merchandise in question is a manufacture of silk and cotton, silk component material of chief value, which was within the provisions of paragraph 302 of the act of 1894, but was classified for duty as "pile fabrics," at $1.50 per pound, under paragraph 299 of said act.  These articles are known as "tapestries," and are not commercially known as "pile fabrics."  In fact, they are fabrics made of cotton and silk; a certain portion thereof, namely, about one-half, having a pile surface.  Inasmuch as the fabric as a whole is not substantially a pile fabric, and is not commercially known as such, the fact that a portion thereof has a pile surface is not sufficient to constitute it a pile fabric.  The decision of the board of general appraisers is therefore reversed.